

April 10, 2025

Andrew S. Davis, Esq.
andrew@erisabenefitlawyer.com

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: Pearline Boothe v. Reliance Standard Life Insurance Company
 1:24-cv-03927-KPF

Dear Judge Polk Failla:

We represent Plaintiff Pearline Boothe in the above-referenced matter. We write to request that the parties may file the Administrative Record in the above-referenced matter under seal.

This is an action to recover group long-term disability benefits and is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). On summary judgment, this Court will review the administrative record ("AR") compiled before the Defendant during the claim process. This will be the only exhibit filed Plaintiff intends on filing in her motion for summary judgment.

While there is a presumption of public access to judicial documents, "court documents may be sealed if 'specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" Braxton v. City of New York, 2021 WL 7287625, at *6 (S.D.N.Y. Dec. 7, 2021) (quoting Dunham v. City of New York, No. 11-CV-01223, 2021 WL 918373, at *1, n.1 (S.D.N.Y. Mar. 10, 2021)). "Courts in this circuit regularly allow medical records to be filed under seal, finding that parties have a strong privacy interest in their medical information." Braxton, at *6 (quoting Spring v. Allegany-Limestone Cent. Sch. Dist., No. 14-CV-0476S, 2021 WL 4166628, at *1 (W.D.N.Y. Sept. 14, 2021); see also Paravas v. Tran, No. 21-CV-807, 2022 WL 741590, at *1 (S.D.N.Y. Mar. 11, 2022) (noting plaintiff's medical records were "properly under seal").

The AR is 5,113 pages in length and contains thousands of pages of medical records, most of which contain sensitive personal information including addresses, dates of birth, phone

April 10, 2025
Page 2

numbers, social security numbers, etc.   In addition, the AR contains significant clinical information Plaintiff provided Defendant during the administrative process.

  Accordingly, Plaintiff respectfully requests the Court's permission to maintain the AR under seal to protect her privacy interests.

  Defendant consents to this request.

Respectfully submitted,

/s/ Andrew S. Davis

Andrew S. Davis, Esq.

```
The Court has reviewed the parties' joint letter.  (Dkt. #28).
Pursuant to Rule 9(C)(ii) of this Court's Individual Rules of
Practice in Civil Cases, the parties must seek leave to file a
document under seal at the same time as they file the document
itself under seal on ECF.  The Court understands that the
parties will shortly be filing the administrative record on
ECF, as the deadline for Plaintiff's opening brief is today.
Accordingly the Court DENIES this request without prejudice to
its renewal in accordance with Rule 9(C)(ii).

The Clerk of Court is directed to terminate the pending motion
at docket entry 28.

Dated:     April 11, 2025              SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE