**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
PEARLINE BOOTH,

                           Plaintiff,                24 **CIVIL** 3927 (KPF)

           -against-                          **JUDGMENT**

FIRST RELIANCE STANDARD LIFE INSURANCE
COMPANY,

                         Defendant.
-------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2026, Plaintiff's motion for summary judgment is GRANTED and Defendant's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

     March 31, 2026

                                     **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                       **BY:** _____
                                      **Deputy Clerk**