UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PEARLINE BOOTHE,<br><br>                    Plaintiff,<br><br>     -against-<br><br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>                    Defendant. | 24-CV-3927 (KPF) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**


Defendant's opposition, if any, to Plaintiff's motion for attorneys' fees (ECF 43) shall be

filed by **April 24, 2026**. Plaintiff's reply in further support shall be due by **May 1, 2026**.


DATED:  April 7, 2026             SO ORDERED.
          New York, NY

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**